HONORABLE RICHARD A. JONES
HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OTIS ELEVATOR COMPANY and THE HARTFORD FIRE INSURANCE COMPANY,<br><br>                                         Plaintiffs,<br><br>vs.<br><br>EQC OPERATING TRUST f/k/a HUB PROPERTIES TRUST, CBRE, INC., and CLIFFORD HEARNE,<br><br>                                         Defendants. | No. 2:20−cv−00501−RAJ−BAT<br><br>JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES SET FORTH IN COURT'S INITIAL SCHEDULING ORDER [DKT. 19]<br><br>**NOTE ON MOTION CALENDAR:**<br>July 2, 2020 |

## STIPULATED MOTION

Under Fed. R. Civ. P. 6(b)(1)(A), the parties have conferred and have stipulated to a motion to request a three week extension of the deadlines set forth in the Court's Order re Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 19). Service of process on defendant CBRE, Inc. was just accomplished this past Friday, June 26, 2020. Extending these deadlines would allow time for CBRE Inc. to meaningfully participate in the CR 26(f) conference and preparation of the joint status report and discovery plan. The parties propose the following schedule:

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND SET FORTH IN COURT'S INITIAL SCHEDULING ORDER [DKT. 19] (Cause No. 2:20−cv−00501−RAJ−BAT) – 1
bp/WLCS1023.105/3600022x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Case 2:20-cv-00501-RAJ-BAT   Document 25   Filed 07/06/20   Page 2 of 5

| ACTION TO BE TAKEN | PRIOR DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference | July 6, 2020 | July 27, 2020 |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | July 17, 2020 | August 7, 2020 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | July 31, 2020 | August 21, 2020 |

DATED this 2nd day of July, 2020.

By   *s/Alfred E. Donohue*
By   *s/Whitney L.C. Smith*
   Alfred E. Donohue, WSBA #32774
   Whitney L.C. Smith, WSBA #21159
   Wilson Smith Cochran Dickerson
   901 Fifth Avenue, Suite 1700
   Seattle, WA  98164-2050
   Phone: (206) 623-4100
   Fax: (206) 623-9273
   Email: donohue@wscd.com
       smithw@wscd.com
   *Of Attorneys for Plaintiffs*

By   *s/Daniel L. FitzMaurice*
By   *s/Joseph T. Nawrocki*
   Daniel L. FitzMaurice (pro hac vice)
   Joseph T. Nawrocki (pro hac vice)
   Day Pitney LLP
   242 Trumbull Street
   Hartford, CT 06103
   Phone: (860) 275-0100
   Fax: (860) 275-0343
   Email: dlfitzmaurice@daypitney.com
       jnawrocki@daypitney.com
   *Of Attorneys for Plaintiffs*

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND SET FORTH IN COURT'S INITIAL SCHEDULING ORDER [DKT. 19] (Cause No. 2:20−cv−00501−RAJ−BAT) – 2
bp/WLCS1023.105/3600022x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 2nd day of July, 2020.

By    *s/Dan'L Bridges*
Dan'L Bridges, WSBA #24179
McGAUGHEY BRIDGES DUNLAP
3131 Western Avenue, Suite 410
Seattle, WA 98121
Phone: 425-462-4000
Fax: 425-637-9638
Email: Dan@mcbdlaw.com
*Of Attorneys for Defendant Hearne*

DATED this 2nd day of July, 2020.

By    *s/Stephen Skinner*
Stephen Skinner, WSBA #17317
ANDREWS & SKINNER PS
645 Elliot Avenue W., Suite 350
Seattle, WA 98119
Phone: 206-223-9248
Fax: 206-623-9050
Email: stephen.skinner@andrews-skinner.com
*Of Attorneys for Attorney for Defendants EQC Operating Trust and CBRE, Inc.*

## **ORDER**

Based on the above stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that deadlines in the above matter are amended as follows:

| ACTION TO BE TAKEN | NEW DEADLINE |
| --- | --- |
| Deadline for Fed. R. Civ. P. 26(f) Conference | July 27, 2020 |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | August 7, 2020 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | August 21, 2020 |

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND SET FORTH IN COURT'S INITIAL SCHEDULING ORDER [DKT. 19] (Cause No. 2:20−cv−00501−RAJ−BAT) – 3
bp/WLCS1023.105/3600022x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 3rd day of July, 2020.

_____
UNITED STATES ~~DISTRICT~~ COURT JUDGE
MAGISTRATE

Presented by:

By    *s/Alfred E. Donohue*
By    *s/Whitney L.C. Smith*
    Alfred E. Donohue, WSBA #32774
    Whitney L.C. Smith, WSBA #21159
    Wilson Smith Cochran Dickerson
    901 Fifth Avenue, Suite 1700
    Seattle, WA  98164-2050
    Phone: (206) 623-4100
    Fax: (206) 623-9273
    Email: donohue@wscd.com
          smithw@wscd.com
    *Of Attorneys for Plaintiffs*

By    *s/Daniel L. FitzMaurice*
By    *s/Joseph T. Nawrocki*
    Daniel L. FitzMaurice (pro hac vice)
    Joseph T. Nawrocki (pro hac vice)
    Day Pitney LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: dlfitzmaurice@daypitney.com
    jnawrocki@daypitney.com
    *Of Attorneys for Plaintiffs*

By    *s/Dan'L Bridges*
    Dan'L Bridges, WSBA #24179
    McGAUGHEY BRIDGES DUNLAP
    3131 Western Avenue, Suite 410
    Seattle, WA 98121
    Phone: 425-462-4000
    Fax: 425-637-9638
    Email: Dan@mcbdlaw.com
    *Of Attorneys for Defendant Hearne*

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND SET FORTH IN COURT'S INITIAL SCHEDULING ORDER [DKT. 19] (Cause No. 2:20−cv−00501−RAJ−BAT) – 4
bp/WLCS1023.105/3600022x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1

2   By   *s/Stephen Skinner*
       Stephen Skinner, WSBA #17317
3      ANDREWS & SKINNER PS
       645 Elliot Avenue W., Suite 350
4      Seattle, WA 98119
       Phone: 206-223-9248
5      Fax: 206-623-9050
       Email: stephen.skinner@andrews-skinner.com
6      *Of Attorneys for Attorney for Defendants EQC*
       *Operating Trust and CBRE, Inc.*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND SET FORTH IN COURT'S INITIAL SCHEDULING ORDER [DKT. 19] (Cause No. 2:20−cv−00501−RAJ−BAT) – 5
bp/WLCS1023.105/3600022x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273