UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OTIS ELEVATOR COMPANY, THE HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EQC OPERATING TRUST, CBRE INC, CLIFFORD HEARNE,<br><br>Defendants. | CASE NO. 2:20-cv-00501-RAJ-BAT<br><br>**ORDER GRANTING EXTENSION OF DEADINE TO FILE ANSWER** |

Based on the stipulation of Plaintiffs Otis Elevator Company and The Hartford Fire Insurance Company and defendant EQC Operating Trust, f/k/a HUB Properties Trust (Dkt. 20), it is ORDERED that the deadline for defendant EQC Operating Trust 's response to the Complaint is extended to **August 3, 2020**.

DATED this 13th day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING EXTENSION OF
DEADINE TO FILE ANSWER - 1