# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OTIS ELEVATOR COMPANY, THE HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EQC OPERATING TRUST, CBRE INC, CLIFFORD HEARNE,<br><br>Defendants. | CASE NO. 2:20-cv-00501-RAJ-BAT<br><br>**ORDER GRANTING MOTION TO STAY** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The Joint Motion of Plaintiffs, Defendants EQC, and Defendant CBRE to Stay Litigation Pending Resolution of the Underlying Action is GRANTED. This matter is STAYED and all deadlines are STRICKEN until further order of the Court. Further, Plaintiffs' motion to dismiss (Dkt. 37) is DENIED without prejudice to refiling when the stay is lifted.

(3) Defendant Hearne's motion for an extension of time (Dkt. 47) is

ORDER GRANTING MOTION TO STAY - 1

**GRANTED;** and motion to strike (Dkt. 51) is **DENIED**.

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 16th day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge